UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                             :
                                             :   03 MDL 1570 (GBD) (SN)
                                             :
------------------------------------------------------------------------x

**This Document Relates to:**

*Adler, et al. v. Republic of Sudan*, 1:23-cv-07164 (GBD)(SN)
*DiNardo, et al. v. Republic of Sudan*, 1:23-cv-07328 (GBD)(SN)
*Perry, et al. v. Republic of Sudan*, 1:23-cv-07391 (GBD)(SN)

**AFFIDAVIT OF SERVICE – Complaint**

# EXHIBIT B

Screenshot from FedEx official website

https://www.fedex.com/en-us/service-guide/dangerous-goods/international-locations.html

FedEx Ship Manager™ Lite

https://www.fedex.com/lite/lite-ship.html#address

June 17, 2024 – 10:10 a.m. EST