UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                          :
                                          :   03 MDL 1570 (GBD) (SN)
                                          :
-----------------------------------------------------------------x

This Document Relates to:

Adler, et al. v. Republic of Sudan, 1:23-cv-07164 (GBD)(SN)
DiNardo, et al. v. Republic of Sudan, 1:23-cv-07328 (GBD)(SN)
Perry, et al. v. Republic of Sudan, 1:23-cv-07391 (GBD)(SN)

### AFFIDAVIT OF SERVICE – Complaint

# EXHIBIT E

A FedEx Office computer terminal photograph:

"SUDAN – SD – Service to this country is currently suspended."

